No. 122, Misc. BOONE *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 123, Misc. BRODERICK *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *Ferdinand Samper* for petitioner.

No. 124, Misc. YOUNT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 126, Misc. VARONE *v.* VARONE. C. A. 7th Cir. Certiorari denied.

No. 127, Misc. JACKSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 128, Misc. BARRIO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 130, Misc. GROGG *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 131, Misc. HILL *v.* CITY OF SEATTLE. Sup. Ct. Wash. Certiorari denied. *Michael H. Rosen* for petitioner. *A. L. Newbould* for respondent.

No. 132, Misc. CERDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 134, Misc. CARLINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.